# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

AYMAN MAHDY, M.D., *et al.*,          :          Case No. 1:16-cv-845
                                      :
            Plaintiffs,               :          Judge Timothy S. Black
                                      :
vs.                                   :
                                      :
MASON CITY SCHOOL DISTRICT, *et al.*, :
                                      :
            Defendants.               :
                                      :

---

## CONDITIONAL ORDER OF DISMISSAL

---

The Court, having been advised by the parties that this civil action has been settled, and having reviewed Plaintiffs' summary of the agreement reached by the parties;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 90 days, move to extend the conditional period or move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED.**

Date: 8/27/2019                    *s/ Timothy S. Black*
                                   Timothy S. Black
                                   United States District Judge